*N.L., Respondent, v. Bethel Sch. Dist., Petitioner*, No. 91775-2. Petition for review of a decision of the Court of Appeals, No. 45832-2-II, April 28, 2015, 187 Wn. App. 460. *Granted* September 30, 2015.

State, Respondent, v. Stump, Petitioner, No. 91531-8. Motion for discretionary review of a decision of the Court of Appeals, No. 32015-4-III, February 26, 2015. *Granted* September 30, 2015.

*State, Respondent, v. Boyle, Petitioner*, No. 90815-0. Petition for review of a decision of the Court of Appeals, No. 71965-3-I, July 28, 2014, 183 Wn. App. 1. *Denied* September 30, 2015.

*In re Mettle Tr.*, No. 91074-0. Petition for review of a decision of the Court of Appeals, No. 44244-2-II, June 24, 2014, 182 Wn. App. 1002. *Denied* September 30, 2015.

*State, Respondent, v. McClure, Petitioner*, No. 91176-2. Petition for review of a decision of the Court of Appeals, No. 70516-4-I, November 17, 2014, 184 Wn. App. 1034. *Denied* September 30, 2015.

*Doty, Petitioner, v. Dep't of Labor & Indus. et al., Respondents*, No. 91561-0. Petition for review of a decision of the Court of Appeals, No. 72021-0-I, February 17, 2015, 185 Wn. App. 1057. *Denied* September 30, 2015.

*State, Respondent, v. Broussard, Petitioner*, No. 91583-1. Petition for review of a decision of the Court of Appeals, No. 46077-7-II, March 17, 2015, 186 Wn. App. 1031. *Denied* September 30, 2015.

*State, Respondent, v. Nord, Petitioner*, No. 91620-9. Petition for review of a decision of the Court of Appeals, No. 70806-6-I, March 23, 2015, 186 Wn. App. 1032. *Denied* September 30, 2015.